a4O-10 (w)
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>BUCHWALD, NAOMI R. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>02/17/1999 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. DISTRICT JUDGE NOMINEE | 5. Report Type (check type)<br><br>X  Nomination, Date  02/12/1999<br><br>Initial    Annual    Final | 6. Reporting Period<br><br>01/01/1999<br>to<br>02/14/1999 |
|---|---|---|

| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br><br>500 PEARL STREET<br><br>NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer             Date |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse: see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 | Spouse's income from law partnership (S) | |
| 2 | | |
| 3 | | |
| 4 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>BUCHWALD, NAOMI R. | Date of Report<br><br>02/17/1999 |
| --- | --- | --- |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| X | NONE (No such reportable reimbursements.) | |

1
2
3
4
5
6
7

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X | NONE (No such reportable gifts.) | | |

1
2
3

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| | NONE (No reportable liabilities.) | | |
| 1 | Quick & Reilly (U.S. Clearing Corp.) | Margin Debt Balance | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less      K=$15,001-$50,000      L=$50,001 to $100,000      M=$100,001-$250,000      N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Insured Money Rate Accounts Citibank, Larchmont, NY (J) | A | Interest | J | T | | | | | |
| 2 Savings & Checking Accounts Citibank, Larchmont, NY (J) | A | Interest | M | T | | | | | |
| 3 Insured Money Rate & Savings Accounts Citibank, (DC) | A | Interest | M | T | | | | | |
| 4 Individual Retirement Account Citibank Larchmont, NY | A | Interest | K | T | | | | | |
| 5 Individual Retirement Account Citibank, Larchmont, NY (S) | A | Interest | J | T | | | | | |
| 6 Keogh, Citibank, Larchmont, NY (S) | C | Interest | | | | | | | |
| 7 | A | Dividend | P1 | T | | | | | |
| 8 Money Market Account, Republic National Bank (J) | A | Interest | J | T | | | | | |
| 9 Smith Barney Money Funds (J) | A | Dividend | L | T | | | | | |
| 10 Smith Barney Money Funds (DC) | A | Dividend | J | T | | | | | |
| 11 Insured Money Rate a/c - CD Chase Manhattan Bank (J) | A | Interest | J | T | | | | | |
| 12 Galaxy Prime Reserve, Quick & Reilly (J) | A | Dividend | K | T | | | | | |
| 13 Galaxy Prime Reserve, Quick & Reilly (DC) | A | Dividend | M | T | | | | | |
| 14 Tweedy Brown Global Funds (DC) | | None | J | T | | | | | |
| 15 J.P. Morgan U.S. Equity Fund (DC) | | None | J | T | | | | | |
| 16 Blount Class A (S) | B | Dividend | J | T | | | | | |
| 17 Blount Class B (S) | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 02/17/1999 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure.) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Kinark Common Stock (DC) | | None | J | T | | | | | |
| 19 Intel Common Stock (J) (S-Keo) (DC) | A | Dividend | P1 | T | | | | | |
| 20 Cisco Systems Common Stock | | None | N | T | | | | | |
| 21 Compac Computer Common Stock (J) (S-Keo) | A | Dividend | N | T | | | | | |
| 22 Earthweb.com Common Stock (S-Keo) (DC) | | None | K | T | | | | | |
| 23 Hancock Fabrics Common Stock (DC) | A | Dividend | J | T | | | | | |
| 24 Internet America, Inc. Common Stock (S-Keo) | | None | J | T | | | | | |
| 25 Maytag Common Stock | A | Dividend | M | T | | | | | |
| 26 Mediware Common Stock (S) | | None | K | T | | | | | |
| 27 Netscape Common Stock (J) | | None | M | T | | | | | |
| 28 Ubid Common Stock (S-Keo) (S-IRA) | | None | L | T | | | | | |
| 29 America on Line Common Stock | | None | | | | | | | |
| 30 Broadcast Common Stock | | None | | | | | | | |
| 31 Excite Common Stock | | None | | | | | | | |
| 32 Infoseek Common Stock | | None | | | | | | | |
| 33 Inprise Common Stock | | None | | | | | | | |
| 34 Lycos Common Stock | | None | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Merrill Lynch Common Stock | A | Dividend | | | | | | | |
| 36 The Globe.com Common Stock | | None | | | | | | | |
| 37 Yahoo Common Stock | | None | | | | | | | |
| 38 Zoom.com Common Stock | | None | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BUCHWALD, NAOMI R. | 02/17/1999 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

* Item 7C1.   Value Code "P1" includes stock in spouse's KEOGH brokerage account listed thereafter ("Keo")

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BUCHWALD, NAOMI R. | 02/17/1999 |

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Naomi Reid Buchwald_   Date 2/17/99

FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 1998

Report Required by the Ethics Reform Act of 1989, Pub L No. 101-194, November 30, 1989 (5 U.S.C. App. 4 , Sec. 101-112)

9-10 (w)
Rev. 1/98

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BUCHWALD, NAOMI R. | SOUTHERN DISTRICT OF NEW YORK | 02/17/1999 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE FULL-TIME | Nomination, Date / / <br><br> Initial   X Annual   Final | 01/01/1998 to 12/31/1998 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE <br> 500 PEARL STREET <br> NEW YORK, NEW YORK 10007 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | Spouse's income from law partnership (S) | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|--------|-------------|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|--------|-------------|-------|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|----------|-------------|-------------|
|   | NONE (No reportable liabilities.) | | |
| 1 | Quick & Reilly (U.S. Clearing Corp.) | Margin Debt Balance | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Insured Money Rate Accounts Citibank, Larchmont, NY (J) | A | Interest | J | T | | | | | |
| 2  Savings & Checking Accounts Citibank, Larchmont, NY (J) | C | Interest | M | T | | | | | |
| 3  Insured Money Rate & Savings Accounts Citibank, (DC) | C | Interest | L | T | | | | | |
| 4  Individual Retirement Account Citibank Larchmont, NY | B | Interest | K | T | | | | | |
| 5  Individual Retirement Account Citibank, Larchmont, NY (S) | A | Interest | J | T | | | | | |
| 6  Keogh, Citibank, Larchmont, NY (S) | D | Interest | | | | | | | |
| 7 | E | Dividend | P1 | T | | | | | |
| 8  Money Market Account, Republic National Bank (J) | A | Interest | J | T | | | | | |
| 9  Smith Barney Money Funds (J) | C | Dividend | L | T | | | | | |
| 10  Smith Barney Money Funds (DC) | A | Dividend | J | T | | | | | |
| 11  Insured Money Rate a/c - CD Chase Manhattan Bank (J) | A | Interest | J | T | | | | | |
| 12  Galaxy Prime Reserve, Quick & Reilly (J) | D | Dividend | K | T | | | | | |
| 13  Galaxy Prime Reserve, Quick & Reilly (DC) | D | Dividend | M | T | | | | | |
| 14  Dryfuss - General Money Market (Hampshire Securities) | A | Dividend | | | B(5) | 5/15 | K | | |
| 15  Tweedy Brown Global Funds (DC) | A | Dividend | J | T | | | | | |
| 16  J.P. Morgan U.S. Equity Fund (DC) | A | Dividend | J | T | | | | | |
| 17  Blount Class A (S) | B | Dividend | J | T | B(S-Keo) | 1/2 | J | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 02/17/1999 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets — Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 | | | | | S (S-Keo) | 4/2 | J | A | |
| 19 | | | | | B (DC) | 4/14 | L | | |
| 20 | | | | | S (DC) | 4/15 | L | B | |
| 21 | | | | | B (S-Keo) | 4/17 | L | | |
| 22 | | | | | S (DC) | 6/17 | M | C | |
| 23 | | | | | S (S-Keo) | 8/6 | L | | |
| 24 Blount Class B (S) | A | Dividend | J | T | | | | | |
| 25 Kinark Common Stock (DC) | | None | J | T | | | | | |
| 26 Andrea Electronics Common Stock | | None | | | S (DC) | 2/2 | K | D | |
| 27 Ben & Jerry's Ice Cream Common Stock | | None | | | S (J) | 3/19 | K | C | |
| 28 Intel Common Stock (J) (S-Keo) (DC) | A | Dividend | O | T | B (S-Keo) | 4/7 | L | | |
| 29 | | | | | S (S-Keo) | 4/22 | M | D | |
| 30 | | | | | B (S-Keo) | 12/21 | L | | |
| 31 | | | | | B (DC) | 12/23 | M | | |
| 32 International Rectifier Common Stock | | None | | | B (S-Keo) | 1/2 | M | | |
| 33 | | | | | S (S-Keo) | 2/9 | M | E | |
| 34 | | | | | B (S-Keo) | 4/15 | L | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 | | | | | B(S-Keo) | 4/17/ | L | | |
| 36 | | | | | B(J) | 4/22 | K | | |
| 37 | | | | | B(S-Keo) | 5/7 | L | | |
| 38 | | | | | B(S-Keo) | 6/9 | L | | |
| 39 | | | | | B(S-Keo) | 6/26 | K | | |
| 40 | | | | | S(DC) | 7/13 | K | | |
| 41 | | | | | S(S-Keo) | 8/5 | M | | |
| 42 | | | | | S(J) | 8/5 | L | | |
| 43 | | | | | S(S-Keo) | 8/7 | K | | |
| 44 | | | | | B(S-IRA) | 10/6 | J | | |
| 45 | | | | | S(S-IRA) | 10/13 | J | A | |
| 46 Intel Warrants | | None | | | S(DC) | 2/20 | M | E | |
| 47 Ogden Common Stock | D | Dividend | | | B(DC) | 3/11 | L | | |
| 48 | | | | | B(S-Keo) | 4/15 | L | | |
| 49 | | | | | S(S-Keo) | 4/20 | L | A | |
| 50 | | | | | B(S-Keo) | 4/29/ | M | | |
| 51 | | | | | S(S-Keo) | 4/29 | M | C | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 | | | | | S(S-Keo) | 5/1 | M | F | |
| 53 | | | | | S(S-Keo) | 5/4 | M | E | |
| 54 | | | | | B(S-Keo) | 5/5 | L | | |
| 55 | | | | | B(S-Keo) | 5/20 | L | | |
| 56 | | | | | B(S-Keo) | 5/22 | L | | |
| 57 | | | | | S(S-Keo) | 5/26 | L | B | |
| 58 | | | | | S(DC) | 6/2 | L | B | |
| 59 | | | | | S(S-Keo) | 6/3 | L | B | |
| 60 | | | | | B(S-Keo) | 6/9 | M | | |
| 61 | | | | | B(S-Keo) | 6/10 | L | | |
| 62 | | | | | B(S-Keo) | 6/17 | J | | |
| 63 | | | | | B(S-Keo) | 7/7 | L | | |
| 64 | | | | | B(S-Keo) | 7/10 | K | | |
| 65 | | | | | S(S-Keo) | 8/5 | N | | |
| 66 Fleet Bank Common Stock (Quick & Reilly taken over by Fleet) | C | Dividend | | | B(J) | 2/2 | M | | |
| 67 | | | | | B(S-Keo) | 2/6 | M | | |
| 68 | | | | | B(J) | 2/25 | N | | |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|

| 2 Val Codes: J=$15,000 or less (Col. C1, D3) O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
|---|---|---|---|---|

| 3 Val Mth Codes: Q=Appraisal (Col. C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |
|---|---|---|---|

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 | | | | | B (S-Keo) | 2/27 | L | | |
| 70 | | | | | S (J) | 3/5 | N | | |
| 71 | | | | | S (S-Keo) | 3/19 | N | G | |
| 72 | | | | | B (J) | 5/6 | L | | |
| 73 | | | | | B (S-Keo) | 5/7 | M | | |
| 74 | | | | | S (S-Keo) | 5/14 | M | C | |
| 75 | | | | | B (S-Keo) | 5/19 | N | | |
| 76 | | | | | S (S-Keo) | 5/20 | N | D | |
| 77 | | | | | S (J) | 5/20 | L | B | |
| 78 | | | | | S (J) | 8/6 | M | D | |
| 79 | | | | | B (DC) | 8/18 | M | | |
| 80 | | | | | S (DC) | 8/28 | M | | |
| 81 | | | | | B (S-Keo) | 9/3 | L | | |
| 82 | | | | | S (S-Keo) | 9/17 | L | D | |
| 83 | | | | | B (S-Keo) | 9/28 | L | | |
| 84 | | | | | B (S-Keo) | 10/2 | L | | |
| 85 | | | | | S (S-Keo) | 10/12 | M | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B.(1) Amount Code (A-H) | B.(2) Type (e.g., dividend, rent or interest) | C.(1) Value Code (J-P) | C.(2) Value Method Code (Q-W) | D.(1) Type (e.g., buy, sell, partial sale, merger, redemption) | D.(2) Date: Month-Day | D.(3) Value Code (J-P) | D.(4) Gain Code (A-H) | D.(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 | | | | | B(S-Keo) | 10/19 | L | | |
| 87 | | | | | S(S-Keo) | 11/4 | L | A | |
| 88 Visigenic Software Common Stock (Merged into Borland) | | None | | | | | | | |
| 89 Compaq Computer Common Stock (J)(S-Keo) | A | Dividend | M | T | B(J) | 2/5 | M | | |
| 90 | | | | | S(J) | 2/5 | M | | |
| 91 | | | | | B(J) | 6/26 | L | | |
| 92 | | | | | B(J) | 7/7 | K | | |
| 93 | | | | | S(J) | 7/7 | K | A | |
| 94 | | | | | S(J) | 7/8 | L | B | |
| 95 | | | | | B(DC) | 7/8 | M | | |
| 96 | | | | | S(DC) | 7/13 | M | D | |
| 97 | | | | | B(J) | 7/21 | L | | |
| 98 | | | | | S(J) | 8/4 | L | | |
| 99 | | | | | B(S-Keo) | 9/3 | L | | |
| 100 | | | | | S(S-Keo) | 9/14 | L | C | |
| 101 | | | | | B(DC) | 9/21 | L | | |
| 102 | | | | | S(DC) | 9/22 | L | A | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 | | | | | B (DC) | 10/2 | L | | |
| 104 | | | | | S (DC) | 10/2 | L | A | |
| 105 | | | | | B (DC) | 10/20 | L | | |
| 106 | | | | | S (DC) | 10/22 | L | B | |
| 107 | | | | | B (J) | 11/23 | M | | |
| 108 | | | | | S (J) | 12/4 | M | D | |
| 109 | | | | | B (S-Keo) | 12/21 | L | | |
| 110 Earthweb.com Common Stock (S-Keo) (DC) | | None | K | T | B (S-Keo) | 11/13 | K | | |
| 111 | | | | | B (S-Keo) | 11/16 | K | | |
| 112 | | | | | S (S-Keo) | 11/16 | K | C | |
| 113 | | | | | S (S-Keo) | 11/19 | K | | |
| 114 | | | | | B (S-Keo) | 12/21 | K | | |
| 115 | | | | | B (DC) | 12/24 | K | | |
| 116 Excite Common Stock (DC) (S-Keo) | | None | M | T | B (DC) | 7/21 | L | | |
| 117 | | | | | S (DC) | 7/21 | M | D | |
| 118 | | | | | B (DC) | 7/22 | M | | |
| 119 | | | | | S (DC) | 7/28 | M | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| BUCHWALD, NAOMI R. | 02/17/1999 |

## VII. Page 8 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income (1) Amount Code (A-H) | (2) Type | C. Gross value (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions (1) Type | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| 120 | | | | | B (DC) | 9/9 | J | | |
| 121 | | | | | B (S-Keo) | 9/28 | L | | |
| 122 | | | | | B (S-Keo) | 10/27 | L | | |
| 123 | | | | | B (S-Keo) | 11/6 | M | | |
| 124 | | | | | B (DC) | 11/6 | L | | |
| 125 | | | | | S (DC) | 11/9 | L | D | |
| 126 | | | | | B (S-Keo) | 11/10 | L | | |
| 127 | | | | | S (S-Keo) | 11/10 | L | B | |
| 128 | | | | | B (S-Keo) | 11/11 | M | | |
| 129 | | | | | S (S-Keo) | 11/11 | M | D | |
| 130 | | | | | S (S-Keo) | 11/12 | L | D | |
| 131 | | | | | B (S-Keo) | 11/16 | M | | |
| 132 | | | | | S (S-Keo) | 11/17 | L | B | |
| 133 | | | | | S (S-Keo) | 11/18 | L | C | |
| 134 | | | | | B (S-Keo) | 11/18 | M | | |
| 135 | | | | | S (S-Keo) | 11/19 | L | C | |
| 136 | | | | | S (S-Keo) | 11/24 | L | D | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets — Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 137 | | | | | S(S-Keo) | 11/27 | L | D | |
| 138 | | | | | B(S-Keo) | 12/1 | K | | |
| 139 | | | | | S(S-Keo) | 12/1 | K | A | |
| 140 | | | | | B(S-Keo) | 12/3 | K | | |
| 141 | | | | | S(S-Keo) | 12/3 | K | A | |
| 142 | | | | | B(S-Keo) | 12/4 | M | | |
| 143 | | | | | S(S-Keo) | 12/7 | L | A | |
| 144 | | | | | S(S-Keo) | 12/8 | L | B | |
| 145 | | | | | S(S-Keo) | 12/9 | L | D | |
| 146 | | | | | B(S-Keo) | 12/9 | M | | |
| 147 | | | | | B(J) | 12/9 | M | | |
| 148 | | | | | S(S-Keo) | 12/11 | M | E | |
| 149 | | | | | S(S-Keo) | 12/14 | L | | |
| 150 | | | | | S(J) | 12/18 | M | | |
| 151 | | | | | B(S-Keo) | 12/23 | L | | |
| 152 | | | | | B(S-Keo) | 12/28 | J | | |
| 153 | | | | | B(S-Keo) | 12/30 | K | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 154 Hancock Fabrics Common Stock (DC) | | None | J | T | B (DC) | 11/2 | J | | |
| 155 Infoseek Common Stock (S-Keo) | | None | L | T | B (S-Keo) | 12/16 | L | | |
| 156 | | | | | S (S-Keo) | 12/18 | L | A | |
| 157 | | | | | B (S-Keo) | 12/21 | L | | |
| 158 | | | | | B (S-Keo) | 12/22 | K | | |
| 159 | | | | | S (S-Keo) | 12/28 | M | D | |
| 160 | | | | | B (S-Keo) | 12/28 | L | | |
| 161 Internet America, Inc. Common Stock (S-Keo) | | None | J | T | B (S-Keo) | 12/28 | K | | |
| 162 Lycos Common Stock (S-Keo) | | None | L | T | B (DC) | 7/27 | L | | |
| 163 | | | | | S (DC) | 7/29 | L | | |
| 164 | | | | | B (DC) | 9/25 | L | | |
| 165 | | | | | S (DC) | 9/28 | K | B | |
| 166 | | | | | S (DC) | 10/27 | K | B | |
| 167 | | | | | B (S-Keo) | 10/27 | L | | |
| 168 | | | | | S (S-Keo) | 11/3 | L | D | |
| 169 | | | | | B (S-Keo) | 12/28 | L | | |
| 170 Maytag Common Stock (DC) | A | Dividend | L | T | B (S-Keo) | 9/9 | L | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 11 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B.(1) Amount Code (A-H) | B.(2) Type (e.g., dividend, rent or interest) | C.(1) Value Code (J-P) | C.(2) Value Method Code (Q-W) | D.(1) Type (e.g., buy, sell, partial sale, merger, redemption) | D.(2) Date: Month-Day | D.(3) Value Code (J-P) | D.(4) Gain Code (A-H) | D.(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 171 | | | | | S (S-Keo) | 9/17 | M | D | |
| 172 | | | | | B (S-Keo) | 9/21 | L | | |
| 173 | | | | | S (S-Keo) | 9/22 | K | A | |
| 174 | | | | | B (DC) | 9/25 | K | | |
| 175 | | | | | B (S-Keo) | 10/19 | L | | |
| 176 | | | | | B (S-Keo) | 11/3 | M | | |
| 177 | | | | | S (S-Keo) | 11/3 | M | B | |
| 178 | | | | | S (S-Keo) | 11/5 | M | D | |
| 179 Mediware Common Stock (S) | | None | K | T | B (S-Keo) | 2/27 | K | | |
| 180 | | | | | B (S) | 3/2 | K | | |
| 181 | | | | | S (S-Keo) | 7/8 | J | | |
| 182 Merrill Lynch Common Stock (DC) | A | Dividend | L | T | B (S-Keo) | 4/7 | L | | |
| 183 | | | | | S (S-Keo) | 7/2 | L | B | |
| 184 | | | | | B (DC) | 9/14 | L | | |
| 185 | | | | | B (J) | 9/24 | M | | |
| 186 | | | | | S (J) | 10/20 | M | C | |
| 187 | | | | | B (J) | 10/20 | M | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 188 | | | | | S (J) | 11/3 | M | D | |
| 189 | | | | | B (DC) | 12/1 | L | | |
| 190 | | | | | S (DC) | 12/2 | L | B | |
| 191 | | | | | B (DC) | 12/2 | L | | |
| 192 | | | | | B (S-Keo) | 12/9 | L | | |
| 193 | | | | | S (DC) | 12/18 | L | | |
| 194 | | | | | S (S-Keo) | 12/18 | L | | |
| 195 Netscape Common Stock (J) | | None | M | T | B (J) | 2/6 | K | | |
| 196 | | | | | B (S-Keo) | 7/2 | K | | |
| 197 | | | | | S (S-Keo) | 7/2 | K | A | |
| 198 | | | | | B (S-Keo) | 7/6 | L | | |
| 199 | | | | | B (DC) | 7/14 | L | | |
| 200 | | | | | B (S-Keo) | 7/21 | K | | |
| 201 | | | | | B (S-Keo) | 8/4 | K | | |
| 202 | | | | | B (DC) | 11/10 | L | | |
| 203 | | | | | S (DC) | 11/18 | K | D | |
| 204 | | | | | S (S-Keo) | 11/18 | K | D | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more |
|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 02/17/1999 |

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 205 | | | | | B (S-Keo) | 11/19 | K | | |
| 206 | | | | | S (S-Keo) | 11/20 | K | B | |
| 207 | | | | | S (S-Keo) | 11/23 | K | D | |
| 208 | | | | | B (DC) | 11/25 | K | | |
| 209 | | | | | B (S-Keo) | 12/3 | L | | |
| 210 | | | | | S (S-Keo) | 12/3 | L | B | |
| 211 | | | | | S (S-Keo) | 12/7 | L | D | |
| 212 | | | | | S (S-Keo) | 12/10 | L | | |
| 213 | | | | | S (DC) | 12/14 | L | D | |
| 214 | | | | | S (DC) | 12/14 | L | C | |
| 215 The Globe.com (S-Keo) | | None | K | T | B (S-Keo) | 12/21 | K | | |
| 216 Zoom.com Common Stock (DC) | | None | K | T | B (S-Keo) | 12/9 | K | | |
| 217 | | | | | S (S-Keo) | 12/10 | K | A | |
| 218 | | | | | B (DC) | 12/11 | J | | |
| 219 | | | | | S (DC) | 12/18 | J | A | |
| 220 | | | | | B (DC) | 12/24 | K | | |
| 221 America on Line Common Stock | | None | | | B (S-Keo) | 12/16 | L | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 14 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 222 | | | | | S(S-Keo) | 12/18 | M | D | |
| 223 Apple Computer Common Stock | | None | | | B(S-Keo) | 1/2 | L | | |
| 224 | | | | | S(S-Keo) | 3/5 | L | E | |
| 225 Applied Materials Common Stock | | None | | | B(DC) | 2/5 | M | | |
| 226 | | | | | B(S-Keo) | 4/24 | L | | |
| 227 | | | | | S(S-Keo) | 5/13 | L | D | |
| 228 | | | | | B(S-Keo) | 5/22 | L | | |
| 229 | | | | | B(S-Keo) | 6/2 | L | | |
| 230 | | | | | B(DC) | 6/12 | L | | |
| 231 | | | | | S(DC) | 6/17 | L | D | |
| 232 | | | | | B(S-Keo) | 6/17 | L | | |
| 233 | | | | | S(S-Keo) | 6/24 | L | C | |
| 234 | | | | | S(DC) | 7/13 | L | | |
| 235 | | | | | S(S-Keo) | 7/21 | L | C | |
| 236 | | | | | B(S-Keo) | 7/23 | K | | |
| 237 | | | | | S(S-Keo) | 7/29 | M | A | |
| 238 | | | | | B(S-Keo) | 8/31 | L | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 15 INVESTMENTS and TRUSTS — income, value, transactions  (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets  Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 239 | | | | | S (S-Keo) | 10/22 | L | D | |
| 240  Bear Sterns | | None | | | B (S-Keo) | 10/22 | L | | |
| 241 | | | | | S (S-Keo) | 11/4 | L | B | |
| 242  Broadcast Common Stock | | None | | | B (S-Keo) | 9/28 | L | | |
| 243 | | | | | B (S-Keo) | 11/2 | K | | |
| 244 | | | | | S (S-Keo) | 11/2 | L | B | |
| 245 | | | | | S (S-Keo) | 11/19 | M | D | |
| 246 | | | | | B (S-Keo) | 12/3 | K | | |
| 247 | | | | | B (S-Keo) | 12/4 | K | | |
| 248 | | | | | S (S-Keo) | 12/4 | J | A | |
| 249 | | | | | S (S-Keo) | 12/9 | L | D | |
| 250  Chase Manhattan Bank Common Stock | A | Dividend | | | B (S-Keo) | 9/7 | L | | |
| 251 | | | | | S (S-Keo) | 9/14 | L | B | |
| 252 | | | | | B (S-Keo) | 9/21 | L | | |
| 253 | | | | | S (S-Keo) | 9/23 | L | C | |
| 254 | | | | | B (J) | 9/25 | L | | |
| 255 | | | | | B (S-Keo) | 10/2 | L | | |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col. C1, D3) O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (Col. C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 16 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 256 | | | | | B (S-Keo) | 10/14 | L | | |
| 257 | | | | | S (S-Keo) | 10/15 | L | C | |
| 258 | | | | | S (S-Keo) | 10/19 | M | E | |
| 259 | | | | | S (J) | 10/19 | M | D | |
| 260 Cisco Systems Common Stock | | None | | | B (J) | 11/3 | L | | |
| 261 | | | | | S (J) | 11/5 | L | D | |
| 262 | | | | | B (S-Keo) | 11/9 | M | | |
| 263 | | | | | S (S-Keo) | 11/17 | M | B | |
| 264 | | | | | S (S-Keo) | 11/18 | M | D | |
| 265 Citibank Common Stock | | None | | | B (S-Keo) | 9/7 | L | | |
| 266 | | | | | S (S-Keo) | 9/14 | M | C | |
| 267 | | | | | B (S-Keo) | 9/17 | L | | |
| 268 | | | | | S (S-Keo) | 9/18 | L | A | |
| 269 | | | | | B (S-Keo) | 9/21 | L | | |
| 270 | | | | | S (S-Keo) | 9/22 | L | C | |
| 271 | | | | | B (DC) | 9/30 | L | | |
| 272 | | | | | B (S-Keo) | 10/19 | L | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting BUCHWALD, NAOMI R. | Date of Report 02/17/1999 |
|---|---|---|

## VII. Page 17 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 273 | | | | | S (DC) | 10/20 | M | E | |
| 274 | | | | | B (DC) | 10/20 | M | | |
| 275 | | | | | S (DC) | 10/21 | M | C | |
| 276 | | | | | B (DC) | 10/21 | N | | |
| 277 | | | | | S (DC) | 10/22 | M | B | |
| 278 | | | | | S (S-Keo) | 10/23 | L | D | |
| 279 | | | | | B (S-Keo) | 10/27 | L | | |
| 280 | | | | | S (S-Keo) | 11/17 | L | | |
| 281 Crystal Systems Solutions Common Stock | | None | | | B (S-Keo) | 2/27 | K | | |
| 282 | | | | | S (S-Keo) | 4/20 | K | C | |
| 283 Dell Computer Common Stock | | None | | | B (S-Keo) | 6/1 | L | | |
| 284 | | | | | S (S-Keo) | 6/3 | L | C | |
| 285 | | | | | B (S-Keo) | 12/21 | L | | |
| 286 | | | | | S (S-Keo) | 12/29 | L | B | |
| 287 Gateway Computer Common Stock | | None | | | B (DC) | 6/17 | L | | |
| 288 | | | | | S (DC) | 6/25 | L | C | |
| 289 Inprise Common Stock | | None | | | B (S-Keo) | 1/2 | L | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 18 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 290 | | | | | S (S-Keo) | 4/20 | L | E | |
| 291 | | | | | B (S-Keo) | 4/24 | L | | |
| 292 | | | | | B (S-Keo) | 4/29 | K | | |
| 293 | | | | | S (S-Keo) | 8/5 | L | | |
| 294 | | | | | S (J) | 8/7 | K | | |
| 295 Loral Space & Communications Common Stock | | None | | | B (S-Keo) | 3/11 | L | | |
| 296 | | | | | B (S-Keo) | 4/1 | L | | |
| 297 | | | | | S (S-Keo) | 4/2 | M | D | |
| 298 | | | | | S (S-Keo) | 4/13 | M | D | |
| 299 | | | | | B (S-Keo) | 4/24 | L | | |
| 300 | | | | | S (S-Keo) | 5/15 | L | C | |
| 301 | | | | | B (S-Keo) | 5/18 | L | | |
| 302 | | | | | S (S-Keo) | 5/18 | L | B | |
| 303 | | | | | B (S-Keo) | 5/20 | L | | |
| 304 | | | | | B (S-Keo) | 5/22 | L | | |
| 305 | | | | | S (S-Keo) | 5/22 | M | C | |
| 306 | | | | | B (S-Keo) | 5/26 | L | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 19 INVESTMENTS and TRUSTS -- income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 307 | | | | | S (S-Keo) | 6/9 | L | C | |
| 308 | | | | | B (S-Keo) | 9/15 | L | | |
| 309 | | | | | S (S-Keo) | 9/17 | L | D | |
| 310 | | | | | B (S-Keo) | 10/15 | L | | |
| 311 | | | | | S (S-Keo) | 10/20 | L | D | |
| 312 Mellon Bank Common Stock | | None | | | B (DC) | 5/27 | L | | |
| 313 | | | | | S (DC) | 5/29 | L | B | |
| 314 Rockwell Medical Common Stock | | None | | | B (S-IRA) | 2/6 | J | | |
| 315 | | | | | S (S-IRA) | 6/2 | J | | |
| 316 Sunquest Information Common Stock | | None | | | B (DC) | 2/5 | K | | |
| 317 | | | | | S (DC) | 7/27 | K | A | |
| 318 Whirlpool Common Stock | | None | | | B (S-Keo) | 9/16 | L | | |
| 319 | | | | | S (S-Keo) | 9/18 | L | A | |
| 320 Yahoo Common Stock | | None | | | B (S-Keo) | 12/7 | L | | |
| 321 | | | | | B (S-Keo | 12/9 | L | | |
| 322 | | | | | S (S-Keo) | 12/9 | M | C | |
| 323 | | | | | S (S-Keo) | 12/10 | L | C | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 20 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 324 | | | | | B (S-Keo) | 12/11 | L | | |
| 325 | | | | | S (S-Keo) | 12/11 | L | A | |
| 326 | | | | | B (S-Keo) | 12/16 | M | | |
| 327 | | | | | S (S-Keo) | 12/18 | N | D | |
| 328 | | | | | | | | | |
| 329 | | | | | | | | | |
| 330 | | | | | | | | | |
| 331 | | | | | | | | | |
| 332 | | | | | | | | | |
| 333 | | | | | | | | | |
| 334 | | | | | | | | | |
| 335 | | | | | | | | | |
| 336 | | | | | | | | | |
| 337 | | | | | | | | | |
| 338 | | | | | | | | | |
| 339 | | | | | | | | | |
| 340 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Item 7C1. Value Code P1 includes stock in spouse's KEOGH brokerage and listed thereafter ("Keo")

Line 66: Fleet Bank Common Stock (Quick & Reilly taken over by Fleet Bank on 1/30/98)

Line 88: Visigenic Software Common Stock (Merged into Borland which changed its name to Inprise)

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature *Naomi Reice Buchwald*    Date 2/17/99

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

AO-10 (w)
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 1997

Report Required by the Ethics
Reform Act of 1989. Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>BUCHWALD, NAOMI R. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>05/14/1998 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>MAGISTRATE JUDGE FULL-TIME | 5. Report Type (check type)<br><br>___ Nomination, Date ___/___/___<br><br>Initial ___   X Annual ___   Final ___ | 6. Reporting Period<br><br>01/01/1997<br>to<br>12/31/1997 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____   Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS   *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| **X** NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS   *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **X** NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME   *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 | Spouse's income from law partnership (S) | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Quick & Reilly (U.S. Clearing Corp.) | Margin Debt Balance | None |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Insured Money Rate Accounts Citibank, Larchmont, NY (J) | A | Interest | J | T | | | | | |
| 2 Savings & Checking Accounts Citibank, Larchmont, NY (J) | C | Interest | M | T | | | | | |
| 3 Insured Money Rate & Savings Accounts Citibank, (DC) | ·C | Interest | L | T | | | | | |
| 4 Individual Retirement Account Citibank Larchmont, NY | B | Interest | K | T | | | | | |
| 5 Individual Retirement Account Citibank, Larchmont, NY (S) | A | Interest | J | T | | | | | |
| 6 Keogh, Citibank, Larchmont, NY (S) | D | Interest | | | | | | | |
| 7 | D | Dividend | O | T | | | | | |
| 8 Money Market Account, Republic National Bank (J) | A | Interest | J | T | | | | | |
| 9 Smith Barney Daily Dividend (J) | C | Dividend | L | T | | | | | |
| 10 Smith Barney Daily Dividend (DC) | A | Dividend | J | T | | | | | |
| 11 Insured Money Rate a/c - CD Chase Manhattan Bank (J) | A | Interest | J | T | | | | | |
| 12 Alliance Money Reserve, Quick & Reilly (J) | C | Dividend | M | T | | | | | |
| 13 Alliance Money Reserve, Quick & Reilly (DC) | D | Dividend | M | T | | | | | |
| 14 Dryfus - General Money Market (Hampshire Securities) | A | Dividend | K | T | | | | | |
| 15 Blount Class A (S) (DC) | A | Dividend | M | T | B(DC) | 12/5 | M | | |
| 16 Blount Class B (S) | A | Dividend | J | T | | | | | |
| 17 Kinark Common Stock (DC) | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)  U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/1998 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions  _(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)_

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Maytag Common Stock | | None | | | S (DC) | 1/23 | L | C | |
| 19 | | | | | B (DC) | 1/31 | L | | |
| 20 | | | | | S (DC) | 2/3 | L | B | |
| 21 Hancock Fabrics Common Stock | A | Dividend | | | S (J) | 2/10 | M | D | |
| 22 | | | | | B (J) | 8/7 | K | | |
| 23 | | | | | S (J) | 10/1 | J | A | |
| 24 | | | | | S (J) | 10/17 | J | A | |
| 25 Andrea Electronics Common Stock (DC) | | None | K | T | B (DC) | 4/7 | L | | |
| 26 | | | | | S (DC) | 8/18 | M | F | |
| 27 | | | | | S (S-Keo) | 8/18 | K | E | |
| 28 | | | | | S (S-Keo) | 8/20 | K | D | |
| 29 | | | | | B (J) | 8/27 | M | | |
| 30 | | | | | S (J) | 9/15 | L | D | |
| 31 | | | | | S (J) | 9/18 | J | C | |
| 32 | | | | | S (J) | 9/22 | K | C | |
| 33 | | | | | S (J) | 10/14 | L | C | |
| 34 | | | | | B (DC) | 10/31 | K | | |

Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

Val Codes  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Val Mth Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income (1) Amount Code (A-H) | B. Income (2) Type (e.g., dividend, rent or interest) | C. Value (1) Value Code (J-P) | C. Value (2) Value Method Code (Q-W) | D. Transactions (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 | | | | | S (DC) | 11/4 | K | B | |
| 36 | | | | | B (DC) | 11/7 | K | | |
| 37 | | | | | S (DC) | 11/17 | K | A | |
| 38 Ben & Jerry's Ice Cream Common Stock (J) | . | None | K | T | | | | | |
| 39 Borland Common Stock | | None | | | S (DC) | 2/26 | K | A | |
| 40 | | | | | S (DC) | 2/26 | K | | |
| 41 | | | | | B (DC) | 9/22 | K | | |
| 42 | | | | | S (DC) | 11/5 | K | C | |
| 43 | | | | | S (S Keo) | 11/12 | M | | |
| 44 Intel Common Stock (J) | A | Dividend | M | T | B (DC) | 2/6 | M | | |
| 45 | | | | | S (DC) | 2/10 | M | C | |
| 46 | | | | | B (DC) | 2/10 | M | | |
| 47 | | | | | S (DC) | 2/13 | M | C | |
| 48 | | | | | B (DC) | 2/19 | M | | |
| 49 | | | | | S (DC) | 3/24 | M | | |
| 50 Dell Common Stock | | None | | | S (J) | 1/9 | M | | |
| 51 | | | | | S (DC) | 1/15 | L | D | |

1 Inc/Gain Codes    A=$1,000 or less        B=$1,001-$2,500        C=$2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col. B1, D4)        F=$50,001-$100,000      G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 | | | | | B (DC) | 1/20 | L | D | |
| 53 | | | | | S (DC) | 1/22 | L | A | |
| 54 | | | | | B (J) | 7/28 | M | | |
| 55 | | | | | B (J) | 7/29 | M | | |
| 56 | | | | | S (J) | 7/30 | N | E | |
| 57 | | | | | B (DC) | 11/6 | K | | |
| 58 | | | | | B (DC) | 11/10 | L | | |
| 59 | | | | | S (DC) | 11/14 | M | B | |
| 60 International Rectifier Common Stock (J) (DC) | None | | M | T | S (DC) | 1/9 | M | E | |
| 61 | | | | | S (J) | 1/9 | N | B | |
| 62 | | | | | S (S Keo) | 1/9 | M | | |
| 63 | | | | | B (DC) | 2/6 | M | | |
| 64 | | | | | B (J) | 3/10 | L | | |
| 65 | | | | | B (DC) | 5/22 | K | | |
| 66 | | | | | S (DC) | 5/28 | L | C | |
| 67 | | | | | S (DC) | 5/30 | K | C | |
| 68 | | | | | B (J) | 6/17 | M | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 | | | | | S (J) | 6/30 | L | D | |
| 70 | | | | | B (DC) | 7/1 | L | | |
| 71 | | | | | S (DC) | 7/18 | L | D | |
| 72 | | | | | S (DC) | 7/25 | K | D | |
| 73 | | | | | B (DC) | 10/10 | K | | |
| 74 | | | | | S (DC) | 12/31 | K | | |
| 75 | | | | | S (J) | 12/31 | L | | |
| 76 Amre Common Stock | | None | | | S (DC) | 1/7 | J | | |
| 77 America On Line Common Stock | | None | | | B (J) | 1/30 | L | | |
| 78 | | | | | S (J) | 2/3 | L | A | |
| 79 Apple Computer Common Stock | | None | | | B (J) | 8/11 | L | | |
| 80 | | | | | B (DC) | 11/10 | K | | |
| 81 | | | | | S (J) | 12/26 | K | | |
| 82 | | | | | S (DC) | 12/31 | K | | |
| 83 Bell Sports Common Stock | | None | | | B (S Keo) | 1/2 | K | | |
| 84 | | | | | B (DC) | 1/2 | K | | |
| 85 | | | | | S (DC) | 1/23 | K | A | |

1 Inc/Gain Codes A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(Col B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more

2 Val Codes J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
(Col C1, D3) O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(Col C2) U=Book Value V=Other W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets — Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 | | | | | S(S K) | 5/6 | K | B | |
| 87 Compaq Computer Common Stock | | None | | | B(J) | 7/29 | M | | |
| 88 | | | | | S(J) | 7/30 | M | D | |
| 89 Computer Associates Common Stock | | None | | | B(J) | 1/2 | L | | |
| 90 | | | | | B(J) | 1/6 | L | | |
| 91 | | | | | S(J) | 1/6 | L | | |
| 92 | | | | | S(J) | 1/8 | L | D | |
| 93 | | | | | B(J) | 1/27 | L | | |
| 94 | | | | | S(J) | 1/27 | L | A | |
| 95 Crystal Systems Common Stock | | None | | | B(S) | 1/31 | J | | |
| 96 | | | | | S(S) | 5/9 | K | D | |
| 97 Gateway Common Stock | | None | | | B(S Keo) | 1/2 | M | | |
| 98 | | | | | B(J) | 1/3 | M | | |
| 99 | | | | | S(J) | 1/6 | M | D | |
| 100 | | | | | B(J) | 1/7 | M | | |
| 101 | | | | | B(S Keo) | 1/9 | M | | |
| 102 | | | | | B(J) | 1/17 | M | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 103 | | | | | S (J) | 1/17 | N | D | |
| 104 | | | | | B (J) | 1/21 | M | | |
| 105 | | | | | S (J) | 1/22 | M | | |
| 106 | | | | | S (S Keo) | 1/22 | M | E | |
| 107 | | | | | B (J) | 2/4 | M | | |
| 108 | | | | | S (J) | 2/6 | M | C | |
| 109 | | | | | B (S Keo) | 3/24 | L | | |
| 110 | | | | | S (S Keo) | 3/24 | L | A | |
| 111 | | | | | B (S Keo) | 3/26 | N | | |
| 112 | | | | | S (S Keo) | 4/4 | N | E | |
| 113 | | | | | B (S Keo) | 4/8 | M | | |
| 114 | | | | | S (S Keo) | 4/8 | M | B | |
| 115 | | | | | B (S Keo) | 4/18 | M | | |
| 116 | | | | | B (S Keo) | 4/23 | M | | |
| 117 | | | | | S (S Keo) | 4/24 | M | D | |
| 118 | | | | | B (S Keo) | 4/28 | M | | |
| 119 eo | | | | | S (S Keo) | 4/29 | M | C | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 8 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 | | | | | S (DC) | 5/14 | K | D | |
| 121 | . | | | | B (J) | 7/23 | L | | |
| 122 | | | | | B (J) | 7/24 | N | | |
| 123 | | | | | S (J) | 7/24 | M | D | |
| 124 | | | | | S (J) | 7/25 | M | | |
| 125   Intel Warrants (DC) | | None | L | T | B (S Keo) | 5/6 | M | | |
| 126 | | | | | B (J) | 6/17 | M | | |
| 127 | | | | | S (J) | 7/15 | M | E | |
| 128 | | | | | S (S Keo) | 7/18 | N | E | |
| 129 | | | | | B (J) | 8/7 | M | | |
| 130 | | | | | B (J) | 8/21 | N | | |
| 131 | | | | | S (J) | 8/22 | N | | |
| 132 | | | | | B (J) | 11/4 | M | | |
| 133 | | | | | S (J) | 11/14 | M | D | |
| 134 | | | | | B (DC) | 11/24 | M | | |
| 135 | | | | | B (DC) | 12/1 | M | | |
| 136 | | | | | B (J) | 12/2 | M | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col C2)    U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/1998 |

## VII. Page 9 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 137 | | | | | S (DC) | 12/31 | L | | |
| 138 | | | | | S (J) | 12/31 | L | | |
| 139 Kelloggs | A | Dividend | | | B (DC) | 8/25 | M | | |
| 140 | | | | | S (DC) | 11/11 | M | | |
| 141 Living Centers of America | | None | | | B (S Keo) | 5/1 | L | | |
| 142 | | | | | S (S Keo) | 5/8 | L | C | |
| 143 Loral Common Stock | | None | | | B (J) | 1/2 | M | | |
| 144 | | | | | S (J) | 1/3 | M | C | |
| 145 | | | | | B (J) | 1/21 | J | | |
| 146 | | | | | B (J) | 2/10 | K | | |
| 147 | | | | | B (J) | 2/11 | K | | |
| 148 | | | | | S (J) | 5/30 | L | C | |
| 149 | | | | | B (J) | 7/16 | K | | |
| 150 | | | | | S (J) | 7/22 | K | A | |
| 151 Mediware Information Systems Common Stock | | None | | | B (J) | 8/7 | J | | |
| 152 | | | | | S (J) | 10/14 | K | C | |
| 153 MER TeleManagement Common Stock | | None | | | B (DC) | 5/21 | K | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

## VII. Page 10 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 154 | | | | | B(S) | 5/21 | J | | |
| 155 | | | | | S(DC) | 6/17 | K | B | |
| 156 | | | | | S(S) | 7/25 | J | A | |
| 157 Netscape Common Stock | | None | | | B(J) | 1/30 | L | | |
| 158 | | | | | B(J) | 2/27 | L | | |
| 159 | | | | | B(J) | 3/26 | L | | |
| 160 | | | | | B(DC) | 5/7 | L | | |
| 161 | | | | | S(DC) | 5/12 | L | D | |
| 162 | | | | | B(J) | 5/14 | L | | |
| 163 | | | | | S(J) | 5/14 | L | | |
| 164 | | | | | B(J) | 5/15 | L | | |
| 165 | | | | | B(DC) | 5/21 | L | | |
| 166 | | | | | S(DC) | 6/6 | L | C | |
| 167 | | | | | S(J) | 6/12 | M | | |
| 168 | | | | | S(J) | 6/13 | M | C | |
| 169 | | | | | B(J) | 12/15 | L | | |
| 170 | | | | | S(J) | 12/17 | L | | |

1 Inc/Gain Codes A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes. Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 11 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 171 Ogden Common Stock (S-Keo) | D | Dividend | N | T | B(S-Keo) | 1/2 | K | | |
| 172 | | | | | B(S-Keo) | 8/19 | N | | |
| 173 Quick & Reilly Common Stock Common Stock (S-Keo) (DC) | A | Dividend | N | T | B(S-Keo) | 5/13 | M | | |
| 174 | | | | | B(DC) | 8/12 | M | | |
| 175 | | | | | S(DC) | 8/18 | M | D | |
| 176 Sun Microsystems Common Stock | | None | | | B(J) | 1/21 | M | | |
| 177 | | | | | S(J) | 1/22 | M | | |
| 178 Visigenic Software | | None | K | T | B(J) | 12/1 | K | | |
| 179 | | | | | | | | | |
| 180 | | | | | | | | | |
| 181 | | | | | | | | | |
| 182 | | | | | | | | | |
| 183 | | | | | | | | | |
| 184 | | | | | | | | | |
| 185 | | | | | | | | | |
| 186 | | | | | | | | | |
| 87 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col C2)  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BUCHWALD, NAOMI R. | 05/14/1998 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

* Item 7C1.  Value Code "O" includes stock in spouse's KEOGH brokerage account listed thereafter ("Keo")

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BUCHWALD, NAOMI R. | 05/14/1998 |

## IX.  CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Naomi Reice Buchwald_     Date _5/14/98_

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BUCHWALD, NAOMI R. | 05/14/1998 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Insured Money Rate Accounts Citibank, Larchmont, NY (J) | A | Interest | J | T | | | | | |
| 2  Savings & Checking Accounts Citibank, Larchmont, NY (J) | C | Interest | M | T | | | | | |
| 3  Insured Money Rate & Savings Accounts Citibank, (DC) | C | Interest | L | T | | | | | |
| 4  Individual Retirement Account Citibank Larchmont, NY | B | Interest | K | T | | | | | |
| 5  Individual Retirement Account Citibank, Larchmont, NY (S) | A | Interest | J | T | | | | | |
| 6  Keogh, Citibank, Larchmont, NY (S) | D | Interest | | | | | | | |
| 7 | D | Dividend | O | T | | | | | |
| 8  Money Market Account, Republic National Bank (J) | A | Interest | J | T | | | | | |
| 9  Smith Barney Daily Dividend (J) | C | Dividend | L | T | | | | | |
| 10  Smith Barney Daily Dividend (DC) | A | Dividend | J | T | | | | | |
| 11  Insured Money Rate a/c - CD Chase Manhattan Bank (J) | A | Interest | J | T | | | | | |
| 12  Alliance Money Reserve, Quick & Reilly (J) | C | Dividend | M | T | | | | | |
| 13  Alliance Money Reserve, Quick & Reilly (DC) | D | Dividend | M | T | | | | | |
| 14  Dryfus - General Money Market (Hampshire Securities) | A | Dividend | K | T | B(5) | 5/15 | K | | |
| 15  Blount Class A (S) (DC) | A | Dividend | M | T | B(DC) | 12/5 | M | | |
| 16  Blount Class B (S) | A | Dividend | J | T | | | | | |
| 17  Kinark Common Stock (DC) | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL STATEMENT

BUCHWALD FAMILY

## NET WORTH

(As of 2/14/99)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 749, | 215 | .00 | Notes payable to banks—secured | | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | | |
| Listed securities—add schedule * | 865, | 502 | .75 | Notes payable to relatives | | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others | | | | Other unpaid tax and interest | | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | | | |
| Real estate owned—add schedule Residence | 600, | 000 | .00 | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | | |
| Autos and other personal property (est) | 100, | 000 | .00 | | | | | |
| Cash value—life insurance | | | | | | | | |
| Other assets—itemize: | | | | | | | | |
| IRA | 24, | 209 | .88 | | | | | |
| Spouse's IRA ** | 3, | 520 | .35 | | | | | |
| Spouse's Keogh ** | 1,392, | 270 | .19 | Total liabilities | 562, | 320 | .17 | |
| | | | | Net Worth | 3,172, | 398 | .00 | |
| Total Assets | 3,734, | 718 | .17 | Total liabilities and net worth | 3,734, | 718 | .17 | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule) No | | | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? No | | | | |
| Legal Claims | None | | | Have you ever taken bankruptcy? No | | | | |
| Provision for Federal Income Tax *** | 562, | 320 | .17 | | | | | |
| Other special debt | None | | | | | | | |

* Excluding securities in Spouse's Keogh (see schedule attached)
** Including securities (see schedule attached)
*** Assumes 39.6% tax rate on retirement funds (Keogh and IRA's)